126 So.2d 537

■

**Volga ADAMS**

v.

**STATE.**

**6 Div. 774.**

Court of Appeals of Alabama.

Dec. 6, 1960.

Rehearing Denied Dec. 27, 1960.

Mullins & Perry, Birmingham, for appellant.

MacDonald Gallion, Atty. Gen., and Jerry L. Coe, Asst. Atty. Gen., for the State.

CATES, Judge.

Affirmed.

123 So.2d 533

■

**Lucille BETTS, Anita Johnson, Connie Russo**

v.

**STATE.**

**1 Div. 819.**

Court of Appeals of Alabama.

May 24, 1960.

Rehearing Denied June 30, 1960.

Wm. Grayson, Mobile, for appellants.

MacDonald Gallion, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., for the State.

HARWOOD, Presiding Judge.

Affirmed.

130 So.2d 244

■

**Lillie BOWMAN**

v.

**CITY OF BIRMINGHAM.**

**6 Div. 693.**

Court of Appeals of Alabama.

Dec. 13, 1960.

Rehearing Denied Jan. 17, 1961.

Arthur D. Shores and Orzell Billingsley, Jr., Birmingham, for appellant.

J. M. Breckenridge and Jas. G. Adams, III, Birmingham, for appellee.

CATES, Judge.

Motion to strike transcript of evidence granted and affirmed on authority of White v. City of Birmingham, ante, p. 181, 130 So. 2d 231.

Certiorari denied, 272 Ala. 700, 130 So. 2d 244.